AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

KELLY A. GALLAGHER

**WARRANT FOR ARREST**

Case Number: 08-mj-7225

FILED
JUN 18 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Kelly A. Gallagher _____
                                                    Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ■ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

knowingly distributing cocaine, a Schedule II controlled substance, and possession of cocaine, with the intent to distribute it,

in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(C).

David G. Bernthal
Name of Issuing Officer
s/ David G. Bernthal
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

June 6, 2008, Urbana, Illinois
Date and Location

**BAIL FIXED AT $ NO BAIL**   by   **DAVID G. BERNTHAL**
                                    Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Decatur_

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 06/10/08 | Rick Dallus | Tony Holler |
| Date of Arrest 06/10/08 | Title of Arresting Officer DEA | |