

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR08-200 |
| Plaintiff, ) | |
| v. ) | IN VIOLATION OF: |
| KELLY A. GALLAGHER, ) | Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) |
| Defendant. ) | |

### INDICTMENT

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

On or about May 28, 2008, in Macon County, in the Central District of Illinois,

**KELLY GALLAGHER,**

defendant herein, knowingly possessed a mixture and substance containing cocaine, a Schedule II controlled substance, with the intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

_____
for RODGER A. HEATON
United States Attorney

CSB