E-FILED
Monday, 21 July, 2008  10:25:42 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KELLY A. GALLAGHER, | ) | No. 08-20035 |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**NOW COMES** the NOLL LAW OFFICE, by its representative, JON GRAY NOLL and hereby enters his appearance on behalf of Defendant, KELLY A. GALLAGHER. All future notices and pleadings concerning this matter should be forwarded to the address listed below.

**NOLL LAW OFFICE**

By:     __s/ Jon Gray Noll_____
        Jon Gray Noll
        Reg. No. 02060108
        **NOLL LAW OFFICE**
        802 South Second Street
        Springfield, IL  62704
        (217) 544-8441
        (217) 544-8775 (Fax)
        email: Noll@Noll-Law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Coliln S. Bruce
U. S. Attorney's Office
201 South Vine
Urbana, IL 61801

Beckett & Webber PC
ATTN: Carol Dison
P. O. Box 17160
Urbana, IL 62803-7160

and I hereby certify that I have delivered the document via U.S. Mail to the following non CM/ECF participants:

Kelly A. Gallagher

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com