IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KELLY A. GALLAGHER, | ) | No. 08-20035 |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

**NOW COMES** the FULTZ LAW OFFICE, by its representative, DANIEL L. FULTZ, and hereby enters his appearance on behalf of Defendant, KELLY A. GALLAGHER. All future notices and pleadings concerning this matter should be forwarded to the address listed below.

                                  **FULTZ LAW OFFICE**

By:   /s Daniel L. Fultz
        Daniel L. Fultz
        Reg. No. 6282911
        **FULTZ LAW OFFICE**
        802 South Second Street
        Springfield, IL 62704
        Telephone: (217) 544-8441
        Fax: (217) 544-8775
        E-mail:  fultzlawoffice@yahoo.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Coliln S. Bruce
    U. S. Attorney's Office
    201 South Vine
    Urbana, IL 61801

    Beckett & Webber PC
    ATTN: Carol Dison
    P. O. Box 17160
    Urbana, IL 62803-7160

and I hereby certify that I have delivered the document via U.S. Mail to the following non CM/ECF participants:

    Kelly A. Gallagher

                                By:    /s Daniel L. Fultz
                                          Daniel L. Fultz
                                          Reg. No. 6282911
                                          **FULTZ LAW OFFICE**
                                          802 South Second Street
                                          Springfield, IL 62704
                                          Telephone: (217) 544-8441
                                          Fax: (217) 544-8775
                                          E-mail:  fultzlawoffice@yahoo.com