IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KELLY A. GALLAGHER, | ) | No. 08-MJ-07225 |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

**NOW COME** the Noll Law Office and the Fultz Law Office and Attorney Carol Dison and hereby request this Honorable Court to allow Carol Dison to withdraw as counsel of record for Defendant, Kelly A. Gallagher, and to allow the Noll Law Office and Fultz Law Office to enter their appearances as attorney for said Defendant.

Respectfully submitted,

NOLL LAW OFFICE

By: /s/ Jon Gray Noll
Jon Gray Noll
Reg. No. 02060108
**NOLL LAW OFFICE**
802 South Second Street
Springfield, IL 62704
(217) 544-8441
(217) 544-8775 (Fax)
email: Noll@Noll-Law.com

By:	**FULTZ LAW OFFICE**
	s/ Daniel L. Fultz
	Daniel L. Fultz
	Reg. No. 6282911
	**FULTZ LAW OFFICE**
	802 South Second Street
	Springfield, IL 62704
	Telephone: (217) 544-8441
	Fax: (217) 544-8775
	E-mail: fultzlawoffice@yahoo.com

By: *[signature]*
Carol Dison BY Brett N. Olmstead

Daniel L. Fultz
 Reg. No. 6282911
**FULTZ LAW OFFICE**
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: fultzlawoffice@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Colin S. Bruce
U. S. Attorney's Office
201 South Vine
Urbana, IL 61801

Beckett & Webber PC
ATTN: Carol Dison
P. O. Box 17160
Urbana, IL 62803-7160

and I hereby certify that I have delivered the document via U.S. Mail to the following non CM/ECF participants:

Kelly A. Gallagher

By:   /s Daniel L. Fultz
Daniel L. Fultz
Reg. No. 6282911
**FULTZ LAW OFFICE**
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail:  fultzlawoffice@yahoo.com