# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　Plaintiff | )<br>)<br>)<br>) CASE NO. **08-20035**<br>)<br>)<br>) |
| **KELLY A GALLAGHER**<br>　　Defendant | |

### SCHEDULING ORDER IN CRIMINAL CASE

　　This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:00 P.M.** on **August 28, 2008,** before the Honorable Michael P. McCuskey.

　　IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **September 8, 2008,** before the Honorable Michael P. McCuskey.

　　**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

　　ENTER this 22nd day of July, 2008.

　　　　　　　　　　　　　　　　　　　　　　　s/David G. Bernthal
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DAVID G. BERNTHAL
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE