E-FILED
Wednesday, 27 August, 2008  09:39:20 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KELLY A. GALLAGHER, | ) | No. 08-20035 |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE PRE-TRIAL AND TRIAL SETTING**

**NOW COMES** Kelly Gallagher, by and through his attorney, Daniel L. Fultz, and for his Motion to Continue Pre-trial and Trial Settings, states to this Honorable Court as follows, that:

1. The Defendant is charged with possessing a controlled substance with the intent to distribute, in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(C).

2. Pre-trial in this matter is currently set for August 28, 2008, at 2:00 p.m., with trial set for September 8, 2008, at 9 a.m.

3. We have been advised by Assistant United States Attorney Colin Bruce that he intends to seek a superseding indictment during the first week of September. Mr. Bruce anticipates an arraignment on the superseding indictment sometime after September 8, 2008. A superseding indictment will necessarily delay the proceedings in this matter, thus negating the need for the current pretrial and trial settings.

4.  For the aforementioned reason, Defendant respectfully requests that this Court grant a continuance of the pre-trial and trial settings until after September 8, 2008, or to a date that is convenient to this Court.

5.  AUSA Colin Bruce has been consulted and does not oppose the filing of this motion.

6.  This motion is not brought for the purpose of delay, but is in the best interests of all parties.

7.  Neither the rights of the Plaintiff, nor those of the Defendant, will be jeopardized by the granting of the relief sought herein.

**WHEREFORE,** Defendant Kelly Gallagher respectfully requests this Honorable Court continue the pre-trial and trial settings in this matter until after September 8, 2008, or to a date that is convenient to this Court, and for such other and further relief as this Court deems just and equitable.

**FULTZ LAW OFFICE**

By: s/ Daniel L. Fultz
Daniel L. Fultz
Reg. No. 6282911
**FULTZ LAW OFFICE**
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: fultzlawoffice@yahoo.com

Daniel L. Fultz
Reg. No. 6282911
**FULTZ LAW OFFICE**
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: fultzlawoffice@yahoo.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August <u>27th,</u> 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Colin S. Bruce
    U. S. Attorney's Office
    201 South Vine
    Urbana, IL 61801

    Jon Gray Noll
    Noll Law Office
    802 South Second
    Springfield, IL 62704

and I hereby certify that I have delivered the document via U.S. Mail to the following non CM/ECF participants:

    Kelly A. Gallagher
    325 S. Main
    Warrensburg, IL 62573

By:   /s Daniel L. Fultz
       Daniel L. Fultz
       Reg. No. 6282911
       **FULTZ LAW OFFICE**
       802 South Second Street
       Springfield, IL 62704
       Telephone: (217) 544-8441
       Fax: (217) 544-8775
       E-mail:  fultzlawoffice@yahoo.com